# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,  :  Case Nos. 3:18-cr-172
                   3:22-cv-275

                District Judge Thomas M. Rose

- vs -         :

A. PHILIP THOMAS CHRISTIAN DAUGHERTY,

              :
      Defendant.

## ORDER OF REFERENCE

  Pursuant to 28 U.S.C. § 636(b), the above-captioned proceeding under 28 U.S.C. § 2255 is hereby referred to United States Magistrate Judge Michael R. Merz from the date of this Order forward, including post-judgment matters. The Magistrate Judge is authorized to perform any and all functions authorized for full-time United States Magistrate Judges by statute, including, without limiting the generality of the foregoing, all motions to dismiss or for judgment on the pleadings under Fed. R. Civ. P. 12, and all discovery-related motions. The Magistrate Judge shall proceed in accordance with Fed. R. Civ. P. 72.

Dated: September 27, 2022.                 *s/Thomas M. Rose*

                                 _____
                                 Thomas M. Rose
                              United States District Judge