# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

          Plaintiff,    :    Case No. 3:18-cr-172
                                                   Also Case No. 3:22-cv-275

                                                   District Judge Thomas M. Rose
                                                 Magistrate Judge Michael R. Merz

    - vs -

A. PHILIP THOMAS CHRISTIAN
  DAUGHERTY,

          Defendant.    :

## NOTICE OF REPLY DEADLINE

      When ordering the United States to answer the Motion to Vacate in this case, the Court provided that the deadline for Defendant's reply to the Answer would be twenty-one days after it was filed (ECF No. 203). The United States filed and served its Response in Opposition on November 10, 2022 (ECF No. 206).

      Accordingly, Defendant's reply is due December 5, 2022 (twenty-one days plus three days for service by mail, plus one day because December 4, 2022, is a Sunday).

November 10, 2022.

                                                                                   s/ *Michael R. Merz*
                                                                     United States Magistrate Judge