**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

**United States of America,**

        *Plaintiff,*

v.

        Case No. 3:18-cr-172 [2]
        Judge Thomas M. Rose
        Magistrate Judge Michael M. Merz

**A. Philip Thomas Christian Daughtry,**

        *Defendant.*

---

**ORDER ADOPTING REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE MERZ** (DOC. 214) **AND DENYING MOTION TO VACATE.** (DOC. 200).

---

Pending before the Court is Defendant's Motion to Vacate under § 2255 (Doc. 200) and Report and Recommendations (Doc. 214). Magistrate Judge Michael R. Merz's Report and Recommendations (Doc. 214), recommends denying Defendant's Motion to Vacate under § 2255. (Doc. 200).

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Upon said review, the Court **ADOPTS** the Report and Recommendations. (Doc. 214). Wherefore, the Court **DENIES** the Motion, (Doc. 200), **WITH PREJUDICE**. Because reasonable jurists would not disagree with this conclusion, Defendant is denied a certificate of appealability and the Court certifies to the Sixth Circuit that any appeal would be objectively frivolous and therefore Defendant should not be permitted to proceed *in forma pauperis*. The instant case remains closed.

**DONE** and **ORDERED** this Thursday, February 16, 2023.

                                                                             s/Thomas M. Rose

                                                      _____
                                                              THOMAS M. ROSE
                                               UNITED STATES DISTRICT JUDGE